# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147177

TOWNSHIP OF RICHMOND,
   Plaintiff-Appellee,

v

          SC: 147177
          COA: 307520
          Macomb CC: 2011-002437-CZ

RONDIGO, L.L.C.,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the February 21, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

   ZAHRA, J., did not participate because he was on the Court of Appeals panel at an earlier stage of the proceedings.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



          Clerk

s0923